FILED
CLERK, U.S. DISTRICT COURT
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              Plaintiff,  )<br>      vs.                  )<br>  Michael Berry            )<br>                             )<br>              Defendant.   )<br>_____) | Case No.: CR 03-149-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District, CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __alleged failures to comply w/ supervision, no known info (current) or bail resources__

```
 1   _____
 2   _____
 3   _____
 4        and/or
 5   B.   ( )  The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9        on:_____
10        _____
11        _____
12        _____
13
14        IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:   4/24/08
18
19                              _____
20                              UNITES STATES MAGISTRATE JUDGE
```

2